CHRISTOPHER L. DIENER, ESQ.: SBN 187890
THE DIENER LAW FIRM
18881 Von Karman Ave., 16th Floor
Irvine, California 92612
Telephone,   (949) 259-4985
Facsimile,   (949) 660-0342

Attorney for Plaintiffs,
Ascendiant Capital Group, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ASCENDIANT CAPITAL GROUP, LLC., <br><br> Plaintiffs, <br><br> vs. <br><br> TODD L. SMITH, and SUMMIT CAPITAL AND DEVELOPMENT, LLC.; and DOES 1 to 50, inclusive, <br><br> Defendants <br><hr> SUMMIT CAPITAL DEVELOPMENT, LLC. <br><br> Cross Claimant <br> vs. <br><br> ASCENDIANT CAPITAL GROUP, LLC. <br><br> Counter Defendant | Case No.: SACV 07-1286 JVS (ANx) <br><br> Assigned to Honorable: <br> James V. Selna <br><br><br> JUDGMENT |

JUDGMENT

-1-

| | |
|---|---|
| TODD R. SMITH, and SUMMIT CAPITAL AND DEVELOPMENT, LLC | ) ) ) ) |
| Third Party Plaintiffs, | ) ) |
| vs. | ) ) ) |
| EDWARD P. OWENS, | ) ) ) |
| Third Party Defendant. | ) ) ) ) |

On February 10, 2009, this action came on for trial before the Honorable James V. Selna. The matter was submitted to the jury, and, on February 12, 2009, according to the instructions given to the jury, the jury returned its verdict and answered certain questions propounded to the jury were consistent and in accordance with that amended verdict form and the jury's answers to interrogatories,

IT IS ADJUDGED that:

1. Plaintiff, ASCENDIANT CAPITOL GROUP, LLC., recovers from defendant, SUMMIT CAPITOL AND DEVELOPMENT GROUP, LLC., the total sum of $357,500.00 on ASCENDIANT CAPITOL GROUP, LLC.'S claims for Breach of Contract and Common Count and on ASCENDIANT CAPITOL GROUP, LLC'S claims for Breach of Contract and Common Count.

2. Defendant SUMMIT CAPITOL AND DEVELOPMENT GROUP, LLC., recovers from plaintiff ASCENDIANT CAPITOL AND DEVELOPMENT GROUP, LLC., the total sum of $143,000.00, on SUMMIT CAPITOL AND DEVELOPMENT GROUP, LLC.'S claim for Breach of Contract only.

3. In addition to damages, parties are to file any necessary motions for attorney fees and costs.

4. This judgment will bear interest at the legal rate for judgment specified by the law of the State of California from this date until the date that the judgment is satisfied.

Dated: March 03, 2009

_____
James V. Selna
United States District Judge