CHRISTOPHER L. DIENER, ESQ.: SBN 187890
THE DIENER LAW FIRM
18881 Von Karman Ave., 16th Floor
Irvine, California 92612
Telephone,   (949) 259-4985
Facsimile,   (949) 660-0342

Attorney for Plaintiff,
Ascendiant Capital Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ASCENDIANT CAPITAL GROUP, LLC., <br><br> Plaintiffs, <br><br> vs. <br><br> TODD L. SMITH, and SUMMIT CAPITAL & DEVELOPMENT, LLC.; and DOES 1 to 50, inclusive, <br><br> Defendants <br><br> SUMMIT CAPITAL & DEVELOPMENT, LLC. <br><br> Counter Claimant <br> vs. <br><br> ASCENDIANT CAPITAL GROUP, LLC. <br><br> Counter Defendant | Case No.: SACV 07-1286 JVS (ANx) <br><br> Assigned to Honorable: <br> James V. Selna <br><br><br> AMENDED JUDGMENT |

JUDGMENT

-1-

|   |   |
|---|---|
| TODD R. SMITH, and SUMMIT CAPITAL & DEVELOPMENT, LLC | ) ) ) ) |
| Third Party Plaintiffs, | ) ) |
| vs. | ) ) |
| EDWARD P. OWENS, | ) ) |
| Third Party Defendant. | ) ) ) |

On February 10, 2009, this action came on for trial before the Honorable James V. Selna. The matter was submitted to the jury, and, on February 12, 2009, according to the instructions given to the jury, the jury returned its verdict.

IT IS ADJUDGED that:

1. Plaintiff, ASCENDIANT CAPITAL GROUP, LLC., recovers from defendants, SUMMIT CAPITAL & DEVELOPMENT GROUP, LLC. and TODD R. SMITH jointly and severally, the total sum of $357,500.00 on ASCENDIANT CAPITAL GROUP, LLC.'S claims for Breach of Contract and Common Count.

2. Defendant SUMMIT CAPITAL AND DEVELOPMENT GROUP, LLC., recovers from plaintiff ASCENDIANT CAPITAL AND DEVELOPMENT GROUP, LLC., the total sum of $143,000.00, on SUMMIT CAPITAL AND DEVELOPMENT GROUP, LLC.'S claim for Breach of Contract only.

3. This judgment will bear interest at the legal rate for judgment specified by the law of the State of California from this date until the date that the judgment is satisfied.

Dated: May 19, 2009

_____
James V. Selna
United States District Judge

JUDGMENT

-2-

1
2          Approved as to Form Only:
3
4
5          Christopher L. Diener, Esq.
           Attorney for Plaintiff
6          Ascendiant Capital Group, LLC
7
           Craig R. Carlson, Esq.
8          Attorney for Defendants
           Todd R. Smith and
9          Summit Capital & Development Group, LLC.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JUDGMENT

-3-